1070

[No. 41364-3-I.    Division One.    August 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. J.E.,
*Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-02438-4, Deborah Fleck, J., entered
August 19, 1997. *Affirmed* by unpublished per curiam
opinion.

[No. 41498-4-I.    Division One.    August 3, 1998.]

*In the Matter of the Marriage of* CAROLYNN JENKINS,
*Respondent*, and THOMAS JENKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-3-03149-8, Brian D. Gain, J., entered
September 12, 1997. *Affirmed in part* and *reversed in part*
by unpublished per curiam opinion.

[No. 41597-2-I.    Division One.    August 3, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL
STEVEN VEIDT, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 97-8-04927-1, Laura Inveen, J., entered
November 4, 1997. *Affirmed* by unpublished per curiam
opinion.

[No. 38244-6-I.    Division One.    August 10, 1998.]

TRICKLE DOWN, INC., *Respondent*, v. JAMES RICKEL, ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-15322-6, Jeanette R. Burrage, J., entered
February 9, 1996. *Affirmed* by unpublished opinion per
Baker, J., concurred in by Coleman and Webster, JJ.